# UNITED STATES DISTRICT COURT

### Southern District of California

Office Of The Clerk
333 West Broadway, Suite 420
San Diego, California 92101
Phone: (619) 557–5600
Fax: (619) 702–9900

John Morrill,
Clerk of Court

March 29, 2024

Clerk, U.S. District Court
District of District of Delaware
844 N. King St.
Wilmington, DE 19801

Re: Michael Warner v. Francis A. Desouza, et al., Case No. 3:24–cv–00464–BAS–BLM

Dear Sir or Madam:

Pursuant to Order transferring the above–entitled action to your District, we are electronically transmitting herewith our entire original file.

        Sincerely yours,

        John Morrill,
        Clerk of the Court

        By: s/ E. Sotelo, Deputy Clerk

Copy to Attorney for Plaintiffs:
Copy to Attorney for Defendants: