# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

MICHAEL WARNER, Derivatively on Behalf of ILLUMINA, INC,

                              Plaintiff,

   v.

FRANCIS A. DESOUZA, SAM. A SAMAD, FRANCES ARNOLD, CAROLINE DORSA, ROBERT S. EPSTEIN, SCOTT GOTTLIEB, GARY S. GUTHART, PHILIP SCHILLER, SUE SIEGEL, ANDREW TENO, SCOTT B. ULLEM and JOHN THOMPSON,

                              Defendants.

Case No. 24-cv-0464-BAS-BLM

**ORDER GRANTING JOINT MOTION TO TRANSFER CASE (ECF No. 5)**

On March 28, 2024, the Parties filed a Joint Motion to Transfer to District of Delaware. (ECF No. 5.)  The Court has reviewed the motion and supporting papers, and finds transferring the case is in the interest of justice and for the convenience of parties and witnesses.  Accordingly, the Court hereby **ORDERS**, pursuant to 28 U.S.C. § 1404(a), that the instant action be transferred to the District of Delaware, and that all current deadlines shall be vacated, including any deadline to file any responsive pleadings, with any new deadlines to be set by the United States District Court for the District of Delaware.

24cv0464

**IT IS SO ORDERED.**

**DATED: March 29, 2024**

Hon. Cynthia Bashant
United States District Judge

24cv0464