IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MICHAEL WARNER, Derivatively on Behalf of ILLUMINA, INC.<br><br>Plaintiff,<br><br>v.<br><br>FRANCIS A. DESOUZA, SAM. A SAMAD, FRANCES ARNOLD, CAROLINE DORSA, ROBERT S. EPSTEIN, SCOTT GOTTLIEB, GARY S. GUTHART, PHILIP SCHILLER, SUE SIEGEL, ANDREW TENO, SCOTT B. ULLEM and JOHN THOMPSON,<br><br>Defendants,<br><br>and,<br><br>ILLUMINA, INC.<br><br>Nominal Defendant. | CASE NO.: 1:24-cv-00442-RGA |

**REQUEST AND [PROPOSED] ORDER FOR VOLUNTARY
DISMISSAL PURSUANT TO FED. R. CIV. 23.1 AND 41(a)(2)**

Plaintiff Michael Warner ("Plaintiff"), by and through his undersigned counsel, hereby requests voluntary dismissal without prejudice of the above-captioned shareholder derivative (the "Action") brought on behalf of the Nominal Defendant Illumina, Inc. ("Illumina") against Defendants Francis A. deSouza, Sam A. Samad, Frances Arnold, Caroline Dorsa, Robert S. Epstein, Scott Gottlieb, Gary S. Guthart, Philip Schiller, Sue Siegel, Andrew Teno, Scott B. Ulleme and John Thompson (collectively, with Illumina, "Defendants"), pursuant to Rules 23.1 and 41(a)(2) of the Federal Rules of Civil Procedure.

Defendants have served neither an answer nor a motion for summary judgment in the Action, and neither Plaintiff nor his counsel have received or been promised any consideration in exchange for the dismissal. Plaintiff respectfully submits that notice to the Illumina shareholders pursuant to Fed. R. Civ. P. 23(c) is not necessary because a shareholder derivative action brought on behalf of Illumina, *Icahn Partners LP et al. v. Francis deSouza et al.*, C.A. No. 2023-1045-PAF (Del. Ch.), is presently pending in the Delaware Court of Chancery.

Therefore, Plaintiff respectfully requests that: (i) the Action be voluntarily dismissed without prejudice pursuant to Rules 23.1 and 41(a)(2) of the Fed. R. Civ. P.; and (ii) that Plaintiff be relieved of the requirement to provide notice to the Company's shareholders pursuant to Fed. R. Civ. P. 23(c).

Dated: April 30, 2024

Respectfully submitted,

**RIGRODSKY LAW, P.A.**

By: *Seth D. Rigrodsky*
Seth D. Rigrodsky (#3147)
Gina M. Serra (#5387)
Herbert Mondros (#3308)
300 Delaware Avenue, Suite 210
Wilmington, DE 19801
(302) 295-5310
sdr@rl-legal.com
gma@rl-legal.com
hwm@rl-legal.com

*Local Counsel for Plaintiff Michael Warner*

                                         **GAINEY McKENNA & EGLESTON**
                                          Gregory M. Egleston
                                          Thomas J. McKenna
                                          260 Madison Avenue, 22nd Fl.
                                          New York, NY 10016
                                          Tel: (212) 983-1300
                                          Fax: (212) 983-0383
                                          Email: gegleston@gme-law.com
                                          Email: tjmckenna@gme-law.com

                                          *Attorneys for Plaintiff Michael Warner*

**SO ORDERED** this _____ day of _____, 2024.

                                          _____
                                            HON. RICHARD G. ANDREWS
                                            UNITED STATES DISTRICT JUDGE