# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MICHAEL WARNER, Derivatively on Behalf of ILLUMINA, INC.<br><br>Plaintiff,<br><br>v.<br><br>FRANCIS A. DESOUZA, SAM. A SAMAD, FRANCES ARNOLD, CAROLINE DORSA, ROBERT S. EPSTEIN, SCOTT GOTTLIEB, GARY S. GUTHART, PHILIP SCHILLER, SUE SIEGEL, ANDREW TENO, SCOTT B. ULLEM and JOHN THOMPSON,<br><br>Defendants,<br><br>and,<br><br>ILLUMINA, INC.<br><br>Nominal Defendant. | CASE NO.: 1:24-cv-00442-RGA |

## REQUEST AND [PROPOSED] ORDER FOR VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. 23.1 AND 41(a)(2)

Plaintiff Michael Warner ("Plaintiff"), by and through his undersigned counsel, hereby requests voluntary dismissal without prejudice of the above-captioned shareholder derivative (the "Action") brought on behalf of the Nominal Defendant Illumina, Inc. ("Illumina") against Defendants Francis A. deSouza, Sam A. Samad, Frances Arnold, Caroline Dorsa, Robert S. Epstein, Scott Gottlieb, Gary S. Guthart, Philip Schiller, Sue Siegel, Andrew Teno, Scott B. Ulleme and John Thompson (collectively, with Illumina, "Defendants"), pursuant to Rules 23.1 and 41(a)(2) of the Federal Rules of Civil Procedure.

Defendants have served neither an answer nor a motion for summary judgment in the Action, and neither Plaintiff nor his counsel have received or been promised any consideration in exchange for the dismissal. Plaintiff respectfully submits that notice to the Illumina shareholders pursuant to Fed. R. Civ. P. 23(c) is not necessary because a shareholder derivative action brought on behalf of Illumina, *Icahn Partners LP et al. v. Francis deSouza et al.*, C.A. No. 2023-1045-PAF (Del. Ch.), is presently pending in the Delaware Court of Chancery.

Therefore, Plaintiff respectfully requests that: (i) the Action be voluntarily dismissed without prejudice pursuant to Rules 23.1 and 41(a)(2) of the Fed. R. Civ. P.; and (ii) that Plaintiff be relieved of the requirement to provide notice to the Company's shareholders pursuant to Fed. R. Civ. P. 23(c).

Dated: April 30, 2024

Respectfully submitted,

**RIGRODSKY LAW, P.A.**

By: *Seth D. Rigrodsky*
Seth D. Rigrodsky (#3147)
Gina M. Serra (#5387)
Herbert Mondros (#3308)
300 Delaware Avenue, Suite 210
Wilmington, DE 19801
(302) 295-5310
sdr@rl-legal.com
gma@rl-legal.com
hwm@rl-legal.com

*Local Counsel for Plaintiff Michael Warner*

**GAINEY McKENNA & EGLESTON**
Gregory M. Egleston
Thomas J. McKenna
260 Madison Avenue, 22nd Fl.
New York, NY 10016
Tel: (212) 983-1300
Fax: (212) 983-0383
Email: gegleston@gme-law.com
Email: tjmckenna@gme-law.com

*Attorneys for Plaintiff Michael Warner*

**SO ORDERED** this   1   day of   May          , 2024.

/s/ Richard G. Andrews
_____
HON. RICHARD G. ANDREWS
UNITED STATES DISTRICT JUDGE

3